**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

**JOHN HOUTSMA,**

**Petitioner,**

**v.** **Case No. 1:26-cv-113-TKW-MAF**

**STATE OF FLORIDA, et al.,**

**Respondents.**
_____________________________________/

**ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (R&R) Doc. 11) and the documents submitted by Petitioner in response to the R&R (Doc. 12). Those documents will be treated as Petitioner's objection to the R&R under Fed. R. Civ. P. 72(b)(2).

Upon de novo review of the issues raised in the objection, the Court agrees with the magistrate judge's determination that this Court lacks jurisdiction to consider the merits of Petitioner's amended §2254 habeas petition because it is an unauthorized successive petition. The Court disagrees with the magistrate judge's recommendation regarding a certificate of appealability (COA) because a COA is unnecessary where, as here, the habeas petition is dismissed as successive. *See Hubbard v. Campbell*, 379 F.3d 1245, 1247 (11th Cir. 2004).

Accordingly, it is **ORDERED** that:

1. Except as noted above, the magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Petitioner's motion to proceed in forma pauperis (Doc. 10) is DENIED.

3. Petitioner's amended §2254 habeas petition (Doc. 9) is DISMISSED without prejudice for lack of jurisdiction because it is an unauthorized successive petition.

4. Leave to proceed in forma pauperis on appeal is DENIED.

5. The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE AND ORDERED** this 21st day of August, 2026.

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**